AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
MAR 28 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| STEVE McALLUM, Individually and on behalf of Others Similarly Situated<br>*Plaintiff*<br>v.<br>JCW POWER, LLC and JAMES WHETSTONE III<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. SA-15-CV-1132-XR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   the Court ORDERS that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and/or failure to comply with an order of the Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez.

Date:   03/28/2016

CLERK OF COURT   JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*